UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RICHARD BRADBURY, an individual,

    Plaintiff,

v.                                                Case No:   2:13-cv-871-FtM-38CM

CITY OF CAPE CORAL,

    Defendant.
_____/

## **ORDER**[1]

      This matter comes before the Court on Joint Motion to Extend Pretrial Deadlines and to Continue Final Pretrial Conference and Trial (Doc. #22) filed on January 19, 2015. The discovery deadline is currently January 26, 2015. Plaintiff was recently unable to attend his January 15, 2015, deposition due to a medical issue. The parties, however, assert Plaintiff's deposition will be rescheduled if they do not settle at the January 22, 2015, mediation. As a result of this scheduling issue, the parties jointly seek to extend the current deadlines by thirty days. Upon consideration, the Court finds good cause to continue these deadlines. In re Accutane Prods. Liab. Litig., 923 F. Supp. 2d 1349, 1351 (M.D. Fla. 2013) ("The scheduling order 'may be modified only for good cause and with the judge's consent.'") (quoting Fed. R. Civ. P. 16(b)(4)). The Court, however, will alter some of the proposed deadlines.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

Accordingly, it is now

**ORDERED:**

1. Joint Motion to Extend Pretrial Deadlines and to Continue Final Pretrial Conference and Trial (Doc. #22) is **GRANTED**.

2. The new schedule in this case is as follows:

| | |
|---|---:|
| **Discovery Deadline** | February 26, 2015 |
| **Dispositive Motions, *Daubert*, and *Markman* Motions** | March 2, 2015 |
| **Meeting *In Person* to Prepare Joint Final Pretrial Statement** | April 27, 2015 |
| **Joint Final Pretrial Statement (*Including* a Single Set of Jointly Proposed Jury Instructions and Verdict Form, Voir Dire Questions, Witnesses Lists, and Exhibit Lists on Approved Form. [a Word version must be emailed to the Chambers inbox at chambers_flmd_chappell@flmd.uscourts.gov, unless excused by the Court]** | May 11, 2015 |
| **All Other Motions Including Motions *In Limine*, Trial Briefs** | May 11, 2015 |
| **Final Pretrial Conference**                   Date:<br>Time:<br>Judge: | June 5, 2015<br>9:30 AM<br>The Hon. Sheri Polster Chappell |
| **Trial Term Begins** | July 6, 2015 |
| **Estimated Length of Trial** | 3 days |
| **Jury/Non Jury** | Jury |

3. The Clerk is directed to make the appropriate changes on the docket.

**DONE** and **ORDERED** in Fort Myers, Florida this 21st day of January, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

2